# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 12 2006
By: JAMES W. McCORMACK, CLERK
DEP CLERK

| | |
|---|---|
| Name of Offender: Tyray Antwon Drones | Case Number: 4:06CR00036-01 SWW |

Name of Sentencing Judicial Officer: Honorable Terry R. Means, Northern District of Texas
Jurisdiction Transferred to ED/AR effective February 1, 2006
to the Honorable Susan Webber Wright, U.S. District Judge

Offense: Assault on federal law enforcement agent causing bodily injury

Date of Sentence: March 4, 2003

Sentence: 37 months custody of the Bureau of Prisons, mandatory drug testing, substance abuse treatment, abstain from the use of alcohol during and after treatment and contributing to the costs of services rendered (co-payment) at the rate of at least $10 per month, no new lines of credit without prior approval of probation, financial disclosure, restitution $925 jointly and severally, and $100 SPA (paid)

| | |
|---|---|
| Type of Supervision: Supervised release | Date Supervision Commenced: May 9, 2005<br>Expiration Date: May 8, 2008 |
| Asst. U.S. Attorney: Jana Harris | Defense Attorney: Jerome Kearney |

U.S. Probation Officer: Kenny Davis
Phone No.: 870-536-4130

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Mr. Tyray Drones will reside and participate in a community correctional center at the City of Faith, Little Rock, Arkansas, for a period of six months during which time he will seek and maintain employment. The defendant will be permitted to have driving privileges.

### CAUSE

Mr. Drones has failed to obtain and maintain stable full-time employment since his supervision commenced on May 9, 2005. Mr. Drones' only full-time employment with Tyson's Food ended in August 2005. The defendant was employed part-time with Alvin Allen Tire Mobile Service from December 2005 to February 2006; however, this employment was based on call as needed status which provided very few work hours for the defendant. On February 27, 2006, Mr. Drones was directed to report to the probation office each Friday and to submit four to six job contacts per week from September 2005 to February 2006. As of February 27, 2006, Mr. Drones submitted a total of 32 job contacts.



Prob 12B                  Case 4:06-cr-00036-SWW   Document 3   Filed 06/12/06   Page 2 of 3        Request for Modifying the
                                                                                                      Conditions or Terms of Supervision
                                                                                                        with Consent of the Offender

Name of Offender: Tyray Antwon Drones                                                4:06CR00036-01 SWW

This probation officer has discussed the defendant's community correctional center placement with his attorney, Jerome Kearney, who has no objections to the modification. Please find attached the waiver of hearing to modify the conditions of supervised release executed by Mr. Drones.

_____                              _____
Kenny Davis                                            Jana Harris
U.S. Probation Officer                                 Assistant U.S. Attorney

Date: May 24, 2006                                     Date: 6-6-06

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

                6-12-06
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

KND/vlb

c:  Assistant Federal Public Defender, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Tyray Drones will reside and participate in a community correctional center at the City of Faith, Little Rock, Arkansas, for a period of six months during which time he will seek and maintain employment. The defendant will be permitted to have driving privileges.

Witness: _____    Signed: _____
         U.S. Probation Officer             Probationer or Supervised Releasee

                                    5-9-06
Attorney _____            DATE