**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.   NO. 4:06CR00036-001 SWW

TYRAY ANTWON DRONES

**ORDER**

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Northern District of Texas. Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions are granted,[1] and the supervised release previously granted this defendant in the above matter be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TEN (10) MONTHS in the custody of the Bureau of Prisons.

Upon release from imprisonment, defendant shall serve a term of TWO (2) YEARS of supervised release, which shall be on the same terms and conditions as previously imposed in this matter, including the applicable conditions added by order entered on January 18, 2007. Defendant is reminded to be truthful with the Probation Office and others and to notify the Probation Office concerning any changes in address, telephone number, and employment during supervised release.

---

[1] Docs. #4 and #10.

Execution of the sentence of imprisonment is suspended until ***Monday, April 9, 2007, no later than 12:00 noon***, at which time defendant shall report to the office of the United States Marshal in Little Rock. Defendant is eligible to self-report to the designated facility.

The defendant shall remain on the same conditions of release until the reporting date.

IT IS SO ORDERED this 2nd day of March, 2007.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE