**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                              NO. 4:06CR00036-001 SWW

TYRAY ANTWON DRONES

### ORDER

The above entitled cause came on for hearing on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motion [doc #17]. Defendant shall serve a term of imprisonment of **TEN (10) MONTHS** in the custody of the Bureau of Prisons.

There will be **NO** supervised release to follow.

Defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 1st day of October 2009.

/s/Susan Webber Wright

United States District Judge